UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 3:10-CV-30215-KPN

| | |
|---|---|
| SHARON NORMOYLE,<br>    Plaintiff,<br><br>v.<br><br>POM RECOVERIES, INC. AND DOES 1-10, INCLUSIVE,<br>    Defendants. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties and/or their respective counsel as follows that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter is hereby dismissed against all defendants without prejudice and without cost to any party.

| | |
|---|---|
| The Plaintiff,<br>Sharon Normoyle,<br>By Her Attorney, | The Defendants,<br>POM Recoveries, Inc. and Does 1-10 Inclusive,<br>By Their Attorneys, |
| /s/ Sergei Lemberg<br>Sergei Lemberg, BBO #650671<br>Lemberg & Associates<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250 | /s/ John J. Jarosak<br>John J. Jarosak, BBO # 545998<br>Litchfield Cavo, LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA  01940<br>(781) 309-1500 |